IN THE UNITED STATES DISTRICT COURT
OR THE DISTRICT OF ARIZON

Tucson

CRIMINAL MINUTES

| | |
|---|---|
| CR 00-00553-001-TUC-JMR | Date: 6/22/01 |
| CASE NUMBER | |

☑ FILED ☐ LODGED
☐ RECEIVED ☐ COPY

JUN 22 2001

Judge # 7021
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Hon. JOHN M. ROLL, United States District Judge

USA v. MARGARET MARION JONES

DEFENDANT: ☒ Present ☐ Not Present ☒ Released ☐ Custody ☐ Writ

Deputy Clerk Virginia Abeyta          Reporter: Peggie Robb/ECR

U.S. Atty: Jane Westby                Dft Atty: John Bogart

Intrptr: TOHONO O'ODHAM -TONY CHANA

---

☐ Dft not appearing, on mot of US Atty, order bond revoked/forfeited and B/W issued, dft to be held without bail

**PROCEEDINGS:** ☐ ARRAIGNMENT/PLEA    ☒ CHANGE OF PLEA

☐ Waiver of Indictment filed        Age: DOB: 12/25/42

☐ CHARGES:_____

☒ Dft states true name to be:  same

☒ Dft advised: ☒ Right to trial by jury ☐ Right to indictment by GJ

☒ Dft enters:   ☒ GUILTY PLEA to  Count 1
Lesser offense_____

☐ Court finds amount of _____ to be _____

☒ Plea agreement ☒ FILED ☐ NOT FILED ☐ SEALED _____

☒ Guidelines case   ☐ Non-guidelines case

☒ Continued for sentence to COURT PROCEEDS TO SENTENCE

☐ To be dismissed upon entry of judgment COUNT 2

☒ ORDER vacate trial date/motion hearing/motions moot

☐ Provided with copy of Indictment/Information    ☐ Waives reading

☐ ORDER defendant remain released pending sentence/remanded to USM

☐ Other:_____

---

USA, PO, PSA, John Bogart, JMR